**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIEL CAMP,** | **NO. CV 16-4720-DMG (KS)** |
| **Plaintiff,** | |
| **v.** | **ORDER ACCEPTING FINDINGS AND** |
| | **RECOMMENDATIONS OF UNITED** |
| **NUPP, et al,** | **STATES MAGISTRATE JUDGE** |
| **Defendants.** | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\

\\

\\

\\

Accordingly, IT IS ORDERED that: (1) the First Amended Complaint is DISMISSED without prejudice; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: May 30, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE