JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL CAMP,** | ) NO. CV 16-4720-DMG (KS) |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| **NUPP, et al,** | ) |
| **Defendants.** | ) |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 30, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1